UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05m-1143-6D
)
ERICK ADRIANZA-ARROYO, )

### ORDER OF REMOVAL

The above-named defendant was arrested in the District of Massachusetts on September 2005 in Somerset, Massachusetts by the United States Drug Enforcement Administration on an arr warrant issued on September 7, 2005 by the United States District Court for the Southern District Florida.

At an initial appearance held before me on September 7, 2005, Erick Adrianza-Arro appeared before me and agreed that he is the person named in the arrest warrant and waived his ri to an identity hearing.

**IT IS THEREFORE ORDERED** that Erick Adrianza-Arroyo be, and hereby is, REMOVI to the Southern District of Florida, and, further, that Erick Adrianza-Arroyo appear before the Uni States District Court of the Southern District of Florida at Ft. Lauderdale, New York, on the d directed by that Court.

. The Clerk is directed to send the original papers in this matter to the Clerk, United Sta District Court, Southern District of Florida.

_____
HON. JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

Dated: 9/7/05

1